IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR294 |
| vs. | ORDER FOR ISSUANCE OF BENCH WARRANT |
| NATHANIEL KREIKEMEIER, | |
| Defendant. | |

This matter came upon oral motion of the plaintiff, United States of America, by Assistant United States Attorney Kimberly C. Bunjer, for issuance of a Bench Warrant for defendant Nathaniel Kreikemeier. The motion is granted.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of Nathaniel Kreikemeier commanding the arresting officer to bring him before the Court forthwith.

DATED this 5th day of November, 2019.

BY THE COURT:

_____
MICHAEL D. NELSON
United States Magistrate Judge